**Fill in this information to identify the case:**

**Debtor 1**  Ernie S. Belencion

**Debtor 2**
(Spouse, if filing)  Romelean A Belencion

United States Bankruptcy Court for the: **Northern**  District of  Illinois
(State)

Case number  17-10427

Form 4100R

# Response to Notice of Final Cure Payment                     10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no. (if known):** 8

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX5522

**Property address:** 204 Seneca Trail
Number   Street

Bloomingdale, IL 60108-2427
City     State     ZIP Code

## Part 2: Pre-petition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the pre-petition default on the creditor's claim. Creditor asserts that the total pre-petition amount remaining unpaid as of the date of this response is:   $_____

## Part 3: Post-petition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next post-petition payment from the debtor(s) is due on:  05/01/2022
MM/DD/YYYY

☐ Creditor states that the debtor(s) **are not current** on all post-petition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total post-petition payments due:  (a) $     0.00
b. Total fees, charges, expenses, escrow, and costs outstanding  +(b) $     0.00
c. **Total.** Add lines a and b  (c) $     0.00

Creditor asserts that the debtor(s) are contractually
Obligated for the post-petition payment(s) that first became
Due on:
_____
MM/DD/YYYY

| Debtor 1 | **Ernie S. Belencion** | Case number 17-10427 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the pre-petition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all post-petition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*
☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ Signature: /s/Dana O'Brien    Date: 05/09/2022

Print: Dana O'Brien (First Name  Middle Name  Last Name)    Title: Attorney for the Creditor

Company: McCalla Raymer Leibert Pierce, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1 N. Dearborn Suite 1200
Number   Street

Chicago, IL 60602
City   State   Zip Code

Contact phone: (312) 346-9088 X5188    Email: Dana.OBrien@mccalla.com

|  |  |
|---|---|
| In Re: Ernie S. Belencion<br>Romelean A Belencion | Bankruptcy Case No.: 17-10427<br>Chapter: 13<br>Honorable Judge: Janet S. Baer |

## CERTIFICATE OF SERVICE

I, Dana O'Brien, of McCalla Raymer Leibert Pierce, LLC, 1 N. Dearborn Suite 1200, Chicago, IL 60602, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within Response to Notice of Final Cure Payment filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Ernie S. Belencion
204 Seneca Trail
Bloomingdale, IL 60108

Romelean A Belencion
204 Seneca Trail
Bloomingdale, IL 60108

Mohammed O Badwan            *(served via ECF Notification)*
Sulaiman Law Group, Ltd
2500 S. Highland Ave
Suite 200
Lombard, IL 60148

Glenn B Stearns, Trustee            *(served via ECF Notification)*
801 Warrenville Road, Suite 650
Lisle, IL 60532

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  05/09/2022       By:  /s/Dana O'Brien
                (date)                 Dana O'Brien, Illinois BAR NO. 6256415
                                       Attorney for the Creditor